# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPORTS RESEARCH CORPORATION, a California Corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>HEXIN TECHNOLOGY, INC., a California Corporation,<br><br>   Defendant. | Case No: 5:21-cv-01230-JWH-SHK<br><br>**ORDER TO EXTEND DATES AND DEADLINES**<br><br>Judge: Hon. John W. Holcomb<br>Ctrm: 9D<br><br>Complaint filed: June 3, 2021<br>Trial Date: May 15, 2023 |

Based upon the foregoing Stipulation and good cause appearing therefore, it is hereby **ORDERED** as follows:

    1.    The Stipulation is **APPROVED**.

    2.    The Parties' deadline for initial designation of expert witnesses is **CONTINUED** to January 8, 2023.

    3.    The Parties' deadline for designation of rebuttal expert witnesses is **CONTINUED** to January 22, 2023.

**IT IS SO ORDERED.**

Dated: December 7, 2022

_____
Hon. John W. Holcomb
United States District Judge