| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPORTS RESEARCH CORPORATION, a California Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>HEXIN TECHNOLOGY, INC., a California Corporation,<br><br>        Defendant. | Case No: 5:21-cv-01230-JWH-SHK<br><br>**ORDER TO EXTEND DATES AND DEADLINES**<br><br>Judge: Hon. John W. Holcomb<br>Ctrm: 9D<br><br>Complaint filed: June 3, 2021<br>Trial Date: May 15, 2023 |

Based upon the foregoing Stipulation and good cause appearing therefore, it is hereby **ORDERED** as follows:

1. The Stipulation is **APPROVED**.
2. The Parties' deadline to complete all discovery is February 10, 2023.

**IT IS SO ORDERED.**

Dated: December 28, 2022

Hon. John W. Holcomb
United States District Judge